UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −40)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 296 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 17, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON
JUL 2 0 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By _____ Deputy

IN RE: ETHICON, INC., PELVIC REPAIR	MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION

### SCHEDULE CTO-40 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

CALIFORNIA NORTHERN

| | | | |
|---|---|---|---|
| CAN | 3 | 12-03279 | Ferrer v. Ethicon Inc. et al |
| CAN | 4 | 12-03280 | Jucha v. Ethicon, Inc. et al |

KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| KYE | 2 | 12-00147 | Glass et al v. Ethicon, Inc. et al |
| KYE | 5 | 12-00204 | Watkins v. Ethicon, Inc. et al |
| KYE | 5 | 12-00206 | Mullins et al v. Ethicon, Inc. et al |
| KYE | 6 | 12-00122 | Cupp et al v. Ethicon, Inc., et al |
| KYE | 6 | 12-00123 | Whitehead et al v. Ethicon, Inc. et al |
| KYE | 6 | 12-00124 | Saylor et al v. Ethicon, Inc. et al |
| KYE | 7 | 12-00064 | Conley et al v. Ethicon, Inc. et al |
| KYE | 7 | 12-00065 | Lester v. Ethicon, Inc. et al |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 12-01606 | Steiner et al v. Johnson & Johnson et al |
| LAE | 2 | 12-01690 | Marrero et al v. Johnson and Johnson et al |
| LAE | 2 | 12-01694 | Hebert et al v. Johnson & Johnson et al |
| LAE | 2 | 12-01695 | Boettner v. Johnson & Johnson et al |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 3 | 12-00432 | Barbee v. Johnson & Johnson et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 12-00820 | Soileau et al v. Ethicon, Inc. et al |
| MOW | 4 | 12-00821 | Clingan et al v. Ethicon, Inc. et al |
| MOW | 4 | 12-00841 | Bowling et al v. Ethicon, Inc. et al |
| MOW | 4 | 12-00847 | Ackerman v. Ethicon, Inc. et al |
| MOW | 4 | 12-00848 | Fenwick v. Ethicon, Inc. et al |

TEXAS NORTHERN

TXN     3     12−02095     Ramirez et al v. Johnson & Johnson et al